IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK TWAIN MORTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-G-2313-S |
| | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondent. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on December 6, 2007, recommending that the petition for writ of habeas corpus be denied. The parties were allowed fifteen (15) days from the entry date in which to file objections to the magistrate judge's findings and recommendation. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

DONE and ORDERED 3 January 2008.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.